UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:14-CR-072 |
| ) | |
| JACOB NAGY ) | |

## **MEMORANDUM AND ORDER**

Now before the court are the defendant's motions to continue his trial date and plea deadline. [Docs. 16, 17]. Defense counsel states that pretrial negotiations are ongoing and that he will need additional time to prepare for trial should those negotiations prove unsuccessful. Defense counsel represents that the prosecuting attorney does not oppose the requested continuances.

The court finds the motions well-taken and they will be granted. The court finds that the ends of justice served by granting the motions outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motions would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motions require a delay in the proceedings. Therefore, all the time from the filing of the motions to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motions [docs. 16, 17] are **GRANTED**. This criminal case is **CONTINUED** from August 26, 2014, to **Monday, October 27, 2014, at 9:00 a.m.** in Knoxville. The new plea cutoff date is October 10, 2014.

**IT IS SO ORDERED.**

ENTER:

                                           s/ Leon Jordan
                                 United States District Judge